**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CIVIL ACTION NO. 26-50-DLB**

**JOSEPH J. TONELLI,**                                                      **PLAINTIFF**

**VS.**                                        **ORDER**

**BUREAU OF PRISONS, et al.,**                                       **DEFENDANTS**

**\*\*\* \*\*\* \*\*\* \*\*\***

Joseph Tonelli is an inmate confined at the federal penitentiary in Inez, Kentucky. On February 25, 2026, Tonelli penned a letter to the Clerk of the Court requesting "guidance and or help with a very serious matter." *See* (Doc. # 1 at 1). Tonelli states that in October 2025 he was attacked and seriously injured by other inmates at the prison due to actions by prison staff. *See id*. He states that he has begun efforts to exhaust his administrative remedies and asks the Clerk to "help me get the correct papers to file my lawsuit against the Bureau of Prisons and USP Big Sandy." *See id*. at 2.

The Clerk has opened this matter as a civil case and docketed Tonelli's letter as a complaint. But Tonelli does not state that he wishes to file suit now, only that he intends to do so once he has "the correct papers to file my lawsuit." The Court will therefore direct the Clerk to close this matter for administrative purposes. This closure does not affect Tonelli's ability to file a lawsuit in the future should he choose to do so.

Neither the Clerk nor the Court can provide Tonelli with legal advice, including about what types of claims he can or should assert. That request was implicit in his request to be provided with the "correct" forms, as the Court's complaint forms are tailored

1

to particular types of claims asserted within them.  The Court's complaint form generally applicable to civil rights claims can be utilized for nearly all kinds of claims asserted by prisoners against corrections officials.  The Clerk will send Tonelli that form.

A plaintiff must pay the applicable $405.00 filing fee when he files suit.  When he files his complaint, Tonelli may file a motion to proceed *in forma pauperis*, which must be accompanied by a certified statement of his inmate account.  If the Court grants that motion, it will waive the $55.00 administrative fee, but the $350.00 balance must be paid **in full** in monthly installments.  28 U.S.C. § 1915(b).  The Clerk will send Tonelli the necessary forms.

Accordingly, it is **ORDERED** as follows:

1.      Joseph J. Tonelli's letter, (Doc. # 1), construed as a civil complaint for administrative purposes, is **DISMISSED without prejudice**.

2.      This matter is **STRICKEN** from the docket.

3.      The Clerk is **DIRECTED** to send Tonelli the following blank forms:

    a.  a Civil Rights Complaint Form [Form EDKY 520];

    b.  an Application to Proceed in District Court Without Prepaying Fees or Costs [Form AO 240]; and

    c.  a Certificate of Inmate Account Form [Form EDKY 523].

This 26th day of March, 2026.



Signed By:

*David L. Bunning*

**Chief United States District Judge**

2